UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DERRICK LEE SMITH #267009,<br>　　Plaintiff,<br><br>-v-<br><br>WILLIAM ALFORD,<br>　　Defendant. | No. 1:13-cv-694<br><br>HONORABLE PAUL L. MALONEY |

# JUDGMENT

Having denied Plaintiff Derrick Lee Smith's motion for summary judgment, dismissing as moot his motion for a preliminary injunction, and granting summary judgment in favor of Defendant William Alford pursuant to Federal Rule of Civil Procedure 56(f), as required by Federal Rule of Civil Procedure 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

All other pending motions (ECF Nos. 163, 171, 172, 173, 174, 175, 176, 177, 179, 180, 181, 183) are **DISMISSED AS MOOT**.

**THIS ACTION IS TERMINATED.**
**IT IS SO ORDERED.**


Date:  October 20, 2015　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge